

# Bailey Law Firm, L.L.C.
## Tyler D. Bailey, Attorney & Counselor at Law

January 14, 2025

**VIA E-MAIL**
bshavell@yahoo.com | barnwell.hire@yahoo.com
The Barnwell Family
276 Loskin Ln.
Lexington, SC 29073

      Re:    Barnwell v. Lexington One, et al
             Case No.: 3:23-cv-00583-SAL

Dear Mr. & Mrs. Barnwell:

    This letter is in response to the recent correspondences I have received from both of you following mediation on December 9, 2024, and your requested course of action. Accordingly, I have filed a Motion to be Relieved as Counsel as I cannot take the course of action you desire.

    Along with this letter, I am including a copy of the Motion to be Relieved I have filed with the Court. You have the right to object to my request to withdraw as your attorney. This filing was made on January 14, 2025, and you have seventeen (17) days of the filing to inform the Court of your objection/response. Notice may be in the form of a letter to the Court signed by you.

    The address for the Court is Matthew J. Perry Courthouse, 901 Richland Street, Columbia, South Carolina 29201. You should also reference this case caption referenced in the subject line in any letter that you send.

    Additionally, please see enclosed a copy of the Notice of Attorney Lien that was contemporaneously filed with the Court

                                                Respectfully submitted,

                                                  **s/Tyler D. Bailey**

Enclosure(s):
      cc:    Dave Duff, Esquire (email)
                 Honorable Sherri Lydon (e-filing system)