UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Fynale Barnwell and Shavell Barnwell, Individually, and as natural parents and Guardians of, M.B., a Minor Child, | ) ) ) ) | C/A No.: 3:23-cv-583-SAL |
| Plaintiffs, | ) ) | |
| v. | ) ) | NOTICE OF ATTORNEY'S LIEN |
| Lexington School District One, NICOLE LIVINGSTON, in her individual Capacity, and JACOB SMITH, in his individual Capacity, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

    PLEASE TAKE NOTICE that Tyler D. Bailey, Esquire, of Bailey Law Firm, L.L.C., 1430 Richland Street, Columbia, South Carolina 20201, who is an attorney at-law fully authorized to practice in this Court claims and intends to hold a charging lien immediately applicable to this matter for any and all recoveries on Plaintiff's claims or causes of action in this matter, whether by settlement, collection of a judgement or otherwise to compensate the undersigned Counsel for the work done in prosecuting this matter from November 30, 2022, until date of discharge, including for his expenses, court costs, and attorney's fees in accordance with the Retainer Agreement executed by Plaintiff.

    Said charging lien for attorney's fees equals $24,499.97 (33.333% of the settlement reached at mediation), and $3,020.13 in costs.

s/ Tyler D. Bailey
Tyler D. Bailey, Esquire
Federal ID #12294
P.O. Box 532
Columbia, SC (29202)
Telephone: 1-803-667-9716
Fax: 1-803-526-7642
Email: Tyler@baileylawfirmsc.com
ATTORNEY FOR PLAINTIFF

Columbia, South Carolina

***Certification of Service:***

      This is to certify that the foregoing was served by BAILEY LAW FIRM, LLC by and through its agents, servants and employees on January 14, 2025, by:

( )    Placing the same in the United States mail, postage prepaid to the addresses noted below;

()    Transmitting the same by facsimile to the numbers noted below;

(XXX) Forwarding the same by e-mail to the addresses noted below:

Dave Duff, Esquire
Duff Freeman Seibert, LLC
P.O. Box 1486
Columbia, SC  29202
Email: dduff@dfs-lawfirm.com
Attorney for Defendants

Fynale Barnwell
276 Loskin Ln.
Lexington, SC 29073
Email: barnwell.hire@yahoo.com

Shavell Barnwell
276 Loskin Ln.
Lexington, SC 29073
Email: bshavell@yahoo.com

Plaintiffs