Fynale Harrington Barnwell and Shavell L. Barnwell
276 Loskin Lane
Lexington, SC   29073

January 23, 2025

Honorable Sherri Lyndon
Judge of Matthew J. Perry Courthouse
901 Richland Street
Columbia, SC  29201

Re: Case No.:   3:23-cv-00583-SAL

Dear Judge Lyndon,

The purpose of this letter is to request for the settlement hearing to move forward regarding the above-mentioned case. Also, I, Fynale Harrington Barnwell and spouse, Shavell L. Barnwell are requesting to continue with legal counsel being provided by Tyler D. Bailey with Bailey Law Firm.

Should you have any questions and / or need any additional information, please contact the undersigned.

With Appreciation,

Fynale Harrington
(803) 378-9553
Shavell L. Barnwell
(803) 318-2312